LEONARD P. COTTIERO ET AL. *v.* DONALD W.
IFKOVIC, JR., ET AL.

The defendant Chemical Bank's petition for certification for appeal from the Appellate Court, 35 Conn. App. 682 (AC 12997), is denied.

*Gerald L. Garlick,* in support of the petition.

*Raymond A. Garcia* and *Gregory R. Faulkner,* in opposition.

Decided November 17, 1994

BERNARD O'SHEA *v.* JEFFREY MIGNONE ET AL.

The defendants' petition for certification for appeal from the Appellate Court, 35 Conn. App. 828 (AC 11522), is denied.

*Peter J. Dauk,* in support of the petition.

*Ernest F. Teitell, John D. Josel* and *Jack Zaremski,* in opposition.

Decided November 17, 1994

CARLENE E. KULISCH *v.* AETNA CASUALTY
AND SURETY COMPANY

The defendant's petition for certification for appeal from the Appellate Court, 36 Conn. App. 141 (AC 13620) is granted, limited to the following issues:

"1. Does the retroactive application of Public Acts 1993, No. 93-77, to the facts of this case violate article first, § 10, of the United States constitution?

"2. If the answer to question 1. is no, does the retroactive application of Public Acts 1993, No. 93-77, to the